# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SODNOMBAYAR BOR, | ) |
| Petitioner, | ) Case No. C12-172-JLR-BAT |
| v. | ) **REPORT AND RECOMMENDATION** |
| NATHALIE ASHER, | ) |
| Respondent. | ) |

Sodnombayar Bor ("petitioner") is proceeding pro se. By letter dated January 31, 2012, petitioner was granted thirty (30) days to either pay the $5.00 filing fee, or submit a completed application to proceed *in forma pauperis* ("IFP"), along with a certified copy of his prison trust account statement showing transactions for the past six months. (Dkt. No. 3.) Petitioner was advised that failure to respond to the letter by March 1, 2012, could result in dismissal of the case. *Id*. To date, petitioner has neither paid the filing fee nor submitted a completed application for IFP status. Accordingly, the Court recommends that this action be **DISMISSED** without prejudice for failure to pay the filing fee pursuant to 28 U.S.C. § 1914.

DATED this 15th day of March, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 1